```
                                                                    FILED
 1  WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
    DOLORES OSTERHOUDT, ESQ. (SBN 215537)                        SEP 2 7 2006
 2  FRANK S. MOORE, ESQ. (SBN 158029)
    LAW OFFICES OF WILLIAM L. OSTERHOUDT                       RICHARD W. WIEKING
 3  135 Belvedere Street                                     CLERK, U.S. DISTRICT COURT
    San Francisco, CA  94117                               NORTHERN DISTRICT OF CALIFORNIA
    Telephone:  (415) 664-4600
 4
 5  Attorney for Defendant
    JASON ALLEN MARX
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,       )  No. CR 06-0316 MHP
                                    )
11         Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                    )  MODIFYING BAIL CONDITIONS
12       vs.                         )
                                    )
13  JASON ALLEN MARX,                )  DATE: September 19, 2006
                                    )  TIME:     1:15 p.m
14         Defendant.                )  PLACE:    Courtroom E, 15th Floor
                                    )
15                                   )  Hon. Elizabeth Laporte
                                    )
16
17
           IT IS HEREBY STIPULATED between the parties that:
18
19
                              RECITATIONS
20
        Defendant JASON ALLEN MARX is charged with one count of violating
21
    21 U.S.C. §§ 846, 841(b)(1)(A)(viii) and 18 U.S.C. §2, one count of
22
    violating 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii) and 18 U.S.C. §2, and
23
    one forfeiture count pursuant to 21 U.S.C. §§ 853.  On May 11, 2006,
24
    the Court granted defendant release on a bail bond in the amount of
25
    $1,000,000, of which $700,000 is secured by the equity in two separate
26
27
```

real properties owned by defendant's parents, Mark and Jean Marx.

One of the properties is located at 1201 Edinburgh Street, in San Mateo, California ("Edinburgh Street property") and the second property is located at 967 Orange Avenue, San Carlos, California ("Orange Avenue property"). The Edinburgh Street property was appraised by Katona & Associates on May 11, 2006, at a value of $1,335,000, and had encumbrances of $451,539.28 (mortgage), and $200,000 as a line of credit. On May 15, 2006, Mr. and Mrs. Marx signed the obligation of the deed of trust, listing the clerk of the United States District Court for the Northern District of California as the beneficiary of the property. As of May 11, 2006, the equity in the Edinburgh Street property was $683,461.72. The Edinburgh Street property has not been subjected to any further encumbrances since May 11, 2006.

The Orange Avenue property was appraised by Katona & Associates on May 11, 2006, at a value of $1,150,000, and had a mortgage encumbrance of $472,000.00. On May 15, 2006, Mr. and Mrs. Marx signed the obligation of the deed of trust, listing Richard W. Wieking, the clerk of the United States District Court for the Northern District of California, as the beneficiary of the property. As of May 11, 2006, the equity in the Orange Avenue property was $678,000.00. The Orange Avenue property has not been subjected to any further encumbrances since May 11, 2006.

Mark and Jean Marx desire to refinance the Orange Avenue property in order to pay off the approximate $198,680 owing on the line of credit on the Edinburgh Street property and to renovate the Orange Avenue property. Upon paying off the approximate $198,680 owing on the

line of credit on the Edinburgh Street property, the line of credit will no longer be available to Mark and Jean Marx by the reconveyance of the deed of trust from National City Corporation. By paying off the approximate $198,680 owing on the line of credit on the Edinburgh Street property, the equity in the Edinburgh Street property will exceed the $700,000 required to secure the bail bond.

Mr. and Mrs. Marx have hired David Marx (no relation) of DaCor Financial, Inc., as their mortgage broker to arrange the refinancing of the Orange Avenue property. A loan has been approved by Residential Capital for $715,000, the proceeds of which will pay off the existing lien of $480,000, which is secured by the Orange Avenue property, as well as the approximately $198,680 balance on the line of credit secured by the Edinburgh property, with the remaining $35,000 to be used for personal expenses and remodeling the Orange Avenue property. A true and correct copy of the conditional loan approval document is attached hereto as Exhibit "A."

In order to fund the loan, the deed of trust on the Orange Avenue property must be reconveyed. This can be accomplished in one simultaneous transaction through Fidelity National Title Company, 101 South Ellsworth Avenue, San Mateo, California, Escrow Number 06-6024754-LL. The escrow officer who will be handling the transaction is Lori Lappe who can be contacted at (650) 548-0748.

The trustee and beneficiary of the deed of trust for the Orange Avenue property is Richard W. Wieking, clerk of the United States District for the Northern District of California. In order to reconvey the deed of trust, Richard W. Wieking must forward to escrow

officer Lori Lappe of Fidelity National Title Company the original Note and Deed of Trust (a true and correct copy of which is attached hereto as Exhibit "B"), a signed Request for Full Reconveyance (a true and correct copy of which is attached hereto as Exhibit "C"), and the completed and signed Beneficiary Demand (a true and correct copy of which is attached hereto as Exhibit "D"). Lori Lappe's September 14, 2006 letter securing Fidelity National Title Company's request for demand to Richard W. Wieking is attached hereto as Exhibit "E".

IT IS SO STIPULATED.

Date: _____     _____
                          WILLIAM L. OSTERHOUDT,
                          Attorney for Defendant Jason Marx


Date: _____     _____
                          BARBARA SILANO, ESQ.
                          Assistant United States Attorney

1  which is attached hereto as Exhibit "D"). Lori Lappe's September 14,
2  2006 letter securing Fidelity National Title Company's request for
3  demand to Richard W. Wieking is attached hereto as Exhibit "E".
4
5  IT IS SO STIPULATED.
6
7  Date: 9-19-06
8  WILLIAM L. OSTERHOUDT,
9  Attorney for Defendant Jason Mark
10
11
12  Date: 9/26/2006
13  BARBARA SILANO, ESQ.
14  Assistant United States Attorney

1 **ORDER**

2

3 Good cause appearing, Richard W. Wieking, the clerk of the United
4 States District Court for the Northern District of California, shall,
5 upon entry of this Order, do the following forthwith:

6    (1) Send via facsimile or United States Mail to escrow officer
7         Lori Lappe of Fidelity National Title Company, 101 South
8         Ellsworth Avenue, San Mateo, California, 94401, facsimile
9         number (650) 548-0749, the original Note and Deed of Trust;
10   (2) Sign the Request for Full Reconveyance (Exhibit "C" hereto)
11         and send to Lori Lappe via facsimile or U.S. Mail;
12   (3) Sign the Beneficiary Demand form (Exhibit "D" hereto); and
13 Escrow officer Lori Lappe of Fidelity National Title Company,
14 shall pay off the line of credit from National City, loan number
15 4489298162091492, principal sum due $198,680 (with accrued interest to
16 date of payoff) and assure that the deed of trust thereon is
17 reconveyed in order to eliminate the availability of the line of
18 credit to Mr. and Mrs. Marx. The deed of trust designating Richard W.
19 Wieking as the beneficiary and trustee shall remain in place on the
20 Edinburgh property as the sole source for the $700,000 surety for the
21 bail bond.

22

23 IT IS SO ORDERED.
24 Dated: Sept 27, 2006
25                                     Magistrate Elizabeth Laporte
26                                     United States District Court

27

28 *UNITED STATES OF AMERICA v. JASON ALLEN MARX*
[PROPOSED] ORDER MODIFYING BAIL CONDITIONS                           5