WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
FRANK S. MOORE, ESQ. (SBN 158029)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
JASON MARX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON ALLEN MARX,

    Defendant.

No. CR 06-0316 MHP

[PROPOSED] ORDER REMOVING CURFEW CONDITION FROM DEFENDANT MARX'S CONDITIONS OF RELEASE

It appearing that defendant Jason Marx has been admitted to bail in this case, and that one of the conditions of his pretrial release is that he be subject to a curfew as directed by the pretrial services officer; and

It further appearing that the pretrial services officer has approved the removal of the curfew condition; and

It further appearing that defendant Marx is in compliance with the conditions of his release; and

GOOD CAUSE APPEARING, it is hereby ordered that the condition of pretrial release requiring that defendant Marx submit to a curfew requirement is deleted. In all other respects, the conditions of defendant Marx's pretrial release remain unchanged.

DATED: September 28, 2006

                              MAGISTRATE [IZARD]
                              United States District

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*