WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
FRANK S. MOORE, ESQ. (SBN 158029)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
JASON MARX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ALLEN MARX,<br><br>Defendant. | No. CR 06-0316 MHP<br><br>**AMENDED ORDER CONCERNING DEFENDANT MARX'S <u>CURFEW CONDITION</u>** |

The Court hereby rescinds its Order of September 28, 2006, removing the requirement that defendant Marx submit to a curfew as directed by the pretrial services office. The curfew requirement will remain in effect until further order of the Court.

Notwithstanding the present Order, defendant Marx shall not be subject to a curfew on Saturday, September 30, 2006, since the parties have agreed to this modification.

In all other respects, defendant Marx's conditions shall remain unchanged pending further order of the Court.

DATED: September 29, 2006

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
MAGISTRATE
United States