WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
FRANK S. MOORE, ESQ. (SBN 158029)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
JASON MARX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 06-0316 MHP |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER REMOVING CURFEW CONDITION FROM DEFENDANT MARX'S CONDITIONS OF RELEASE |
| JASON ALLEN MARX, | ) |
| Defendant. | ) |

Defendant Jason Marx, through his counsel William L. Osterhoudt, and the United States of America, plaintiff, through Assistant United States Attorney Barbara Silano hereby stipulate and agree that defendant Jason Marx's conditions of pretrial release may be modified by removal of the curfew condition there from.

In all other respects, defendant Marx's conditions of release shall remain unchanged.

Dated: 10-17-06

WILLIAM L. OSTERHOUDT
Attorney for Defendant Jason Marx

Dated: 10-20-06

BARBARA SILANO
Attorney for USA

[Proposed] Order Removing Curfew Condition From Defendant Marx's Conditions of Release
(No. CR 06-0316)

1

GOOD CAUSE APPEARING, it is hereby ordered that the condition of pretrial release requiring that defendant Marx submit to a curfew requirement is deleted. In all other respects, the conditions of defendant Marx's pretrial release remain unchanged.

DATED: October 24, 2006

_____
MAGISTRATE ELIZABETH LAPORTE

