WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
JASON MARX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-0316 MHP |
| Plaintiff, | [PROPOSED] ORDER REGARDING TRAVEL |
| vs. | |
| JASON MARX, et al. | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Jason Marx may travel from the Northern District of California to South Lake Tahoe, California, leaving in the late afternoon on April 26, 2007, proceeding to South Lake Tahoe, where he will join friends, one of whom is shortly to be married. Mr. Marx will be staying at 1251 Glenn Eagles Road, South Lake Tahoe, California from April 26, 2007 until April 29, 2007. At all times Mr. Marx will remain on the California side of the lake. Mr. Marx will return home on Sunday, April 29, 2007.

Prior to his departure, Mr. Marx provided Pretrial Services Officer Betty Kim with an itinerary of his trip, and she has no objection to this request.

DATED: April 27, 2007

_____
ELIZABETH L. LAPORTE
MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

---

*USA v. Pryor, et al* [06-0316].
[PROPOSED] ORDER REGARDING TRAVEL

1