WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorney for Defendant
JASON MARX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 06-0316 MHP |
| Plaintiff, | ) ) | [PROPOSED] ORDER |
| vs. | ) | REGARDING TRAVEL |
| JASON MARX, et al. | ) ) ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Jason Marx may travel from the Northern District of California to Lake Havasu City, Arizona, leaving on May 25, 2007, by air from the Northern District to the Ontario, California (ORT) airport, where he will then drive to Lake Havasu City, Arizona. Mr. Marx will be staying at Queens Bay Resort Condo, 777 Harrah Way, Lake Havasu City, Arizona from May 25 until May 28, 2007. Mr. Marx will return home to the Northern District of California by way of Ontario Airport (ORT) in the early afternoon on May 28, 2007.

Prior to his departure, Mr. Marx provided Pretrial Services Officer Betty Kim with an itinerary of his trip, and she has no objection to this request.

DATED: May 22, 2007

_____
ELIZABETH L. LAPORTE / NANDOR J. VADAS
MAGISTRATE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Nandor J. Vadas

_____
*USA v. Pryor, et al* [06-0316].
[PROPOSED] ORDER REGARDING TRAVEL

1