WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
JASON MARX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 06-0316 MHP |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| vs. | ) | **REGARDING TRAVEL** |
| | ) | |
| JASON MARX, et al. | ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Jason Marx may travel from the Northern District of California to Sacramento, California. Accompanied by his parents, Mr. Marx will leave on June 2, 2007, for his cousin's wedding in Sacramento. Mr. Marx will be staying at the Embassy Suites Hotel Sacramento, 100 Capitol Mall, Sacramento, CA 95814. At all times Mr. Marx will remain in the Northern District. Mr. Marx will return home on Sunday, June 3, 2007.

Prior to his departure, Mr. Marx provided Pretrial Services Officer Betty Kim with an itinerary of his trip, and she has no objection to this request.

DATED: May 22, 2007

_____
ELIZABETH L. LAPORTE   NANDOR J. VADAS
MAGISTRATE JUDGE, U.S. DISTRICT COURT

IT IS SO ORDERED

Judge Nandor J. Vadas

_____
*USA v. Pryor, et al* [06-0316].
[PROPOSED] ORDER REGARDING TRAVEL

1