WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Osterhoudt@aol.com

Attorneys for Defendant,
Jason Allen Marx

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON ALLEN MARX, et. al., <br><br> Defendants. | No. CR 06-0316 MHP <br><br> REQUEST FOR EXTENSION OF DEFENDANT MARX'S SURRENDER DATE FOR ONE DAY AND [PROPOSED] ORDER |

Defendant Jason Marx was sentenced by this Court to serve 96 months on August 25, 2008. His surrender date is scheduled for Tuesday, September 2, 2008, at noon.

By the foregoing, we respectfully request that his surrender date be modestly extended by one day, to September 3, 2008, in order to allow Mr. Marx the time he requires to get his affairs in order before he begins serving this substantial sentence. Mr. Marx is currently giving away or lending his household possessions to various persons. It is difficult for these individuals to retrieve the furniture items in question over this holiday weekend. Therefore, Mr. Marx would like to be there on Tuesday, September 2, 2008 to make sure that this process is completed by him so that parents are not left dealing with this obligation.

We have left a message with Assistant United States Attorney Barbara Silano to ascertain if she has an objection to this request, but as of this filing have not been able to reach her.  Stephen Jigger, the other Assistant United States Attorney assigned to the case, is out of the office on business-related travel until September 2, 2008, and thus we did not contact him regarding this request.

Based on the foregoing, defendant Marx respectfully requests that the Court Order a one-day extension of his surrender date to Wednesday, September 3, 2008.

Date:  August 29, 2008                    Respectfully submitted,


                                        /s/ William L. Osterhoudt (signature on file)
                                        WILLIAM L. OSTERHOUDT
                                        Attorney for Defendant Marx


## **ORDER**

Having considered the foregoing request, the Court hereby Orders a one-day extension of Mr. Marx's surrender date. The new surrender date shall be September 3, 2008.

**IT IS SO ORDERED.**

Dated:  September 2, 2008 _____



_____
MARILYN HALL PATEL
United States District Judge

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 135 Belvedere Street, San Francisco, California 94117.

On August 29, 2008, I caused to be served the foregoing **Request For Extension of Defendant Marx's Surrender Date and [Proposed] Order** on all interested parties in this action by causing same to be served by electronic transmission to the following:

Barbara Silano, Esq.
Stephen Jigger, Esq.
United States Attorney's Office
For the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008 in San Francisco, California.

    /s/   Dolores T. Osterhoudt
DOLORES OSTERHOUDT