THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>STANLEY JAMES PRYOR, et al.,<br><br>    Defendants. | Case No.: CR-06-0316 MHP<br><br>**[PROPOSED] ORDER TO EXONERATE BAIL** |

Upon the request of defendant and good cause appearing,

IT IS HEREBY ORDERED that the current bond in this matter is exonerated as to Jason Marx. The Clerk of the Court is ordered to exonerate the bond posted as security for bail herein.

Dated:  September 10, 2008



_____
Hon. Judge
UNITED STATES DISTRICT JUDGE

**Order to Exonerate Bail**
**CR-06-0316 MHP**

1